**Kelly S. Riggs**, OSB #094862
Email: kriggs@schwabe.com
**Matthew Singer**, OSB #055090
Email: msinger@schwabe.com
**Thomas J. Payne**, OSB #165168
Email: tpayne@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SARAH PICKENS, an Individual; JAMIE RICH, an Individual; TIANNA SCHAEFFER, an Individual; BRYTTNEE BAUER, an Individual; MARIE HUTCHINSON, an Individual; CAMERON JOHNSON, an Individual; COREY KIYABU, an Individual; ELI LAURITZEN, an Individual; CYNTHIA LOESCH, an Individual; JENNIFER MAYER, an Individual; CAYLIN SISLER, an Individual; NAN VANSANDT, an Individual; CHRISTINA WILLIAMS, an Individual; LENA ABBOTT, an Individual; CONNIE CIRCLE, an Individual; M'KYA DOUGLAS, an Individual; ANDREA HARGIS, an Individual; DANA HINMAN, an Individual; DAYMON SMITH, an Individual; MICHELLE WHITE, an Individual; CYNTHIA FULLERTON, an Individual; PATIENCE KNOWLES, an Individual; | Case No. 6:23-cv-01718-MC<br><br>**DECLARATION OF KELLY S. RIGGS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES** |

Page 1 -   DECLARATION OF KELLY S. RIGGS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

129564\283427\KSR\45359905.1

| | |
|---|---|
| CRYSTAL SHEFFIELD, an Individual; and TAMI THOMPSON, an Individual,<br><br>    Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, a corporation,<br><br>    Defendant. | |

I, Kelly S. Riggs, declare and state the following:

1.    I am one of the attorneys of record for Defendant PeaceHealth. I make this declaration based on my own personal knowledge and am competent to testify to same.

2.    On March 28, 2024, I called Plaintiffs' counsel, Caroline Janzen, to confer regarding this motion. Ms. Janzen was not available, so I left a message with her staff advising that I was calling to confer on a motion to dismiss in this matter. I followed up with a detailed email to Ms. Janzen and her staff outlining the specific claims PeaceHealth would move to dismiss for failure to state a claim under Rule 12(b)(6), and advising that pursuant to ORS 31.150 PeaceHealth would file a special motion to strike and dismiss Plaintiffs' Third Claim for Relief for Invasion of Privacy, a true and correct copy of which is attached as Exhibit 1.

3.    On the morning of March 29, 2024, I again called Plaintiffs' counsel and left a detailed voicemail message for Ms. Janzen asking to confer on the motion to dismiss, including explaining the specific claims PeaceHealth would move to dismiss for failure to state a claim under Rule 12(b)(6) and that PeaceHealth would also file a special motion to strike and dismiss Plaintiffs' Third Claim for Relief for Invasion of Privacy pursuant to Oregon's Anti-SLAPP statute.

4.    On the afternoon of March 29, 2024, Paul Janzen, another attorney in Plaintiffs' counsel's office, called me back and we conferred by telephone. We discussed each claim at issue and the bases for the motion to strike under ORS 31.150 and to dismiss under Rule 12(b)(5). Mr. Janzen advised that Plaintiffs would agree to dismissal of their Third Claim for Relief for

Page 2 - DECLARATION OF KELLY S. RIGGS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

129564\283427\KSR\45359905.1

Invasion of Privacy, but did not agree to dismiss or amend any of the other claims at issue. I advised Mr. Janzen that I would update PeaceHealth's motion to reflect his representation regarding Plaintiffs' agreement to dismissal of the Invasion of Privacy Claim before filing.

5.     Counsel for PeaceHealth is involved in numerous other similar matters brought by Plaintiffs' counsel against PeaceHealth (and another unrelated healthcare system defendant). There have been other instances during such litigation in which Plaintiffs' counsel have changed their position after conferral, or in which Caroline Janzen and Paul Janzen have taken differing positions in conferral in the same case.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND I UNDERSTAND THAT IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 29th day of March, 2024.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:     s/ Kelly S. Riggs
        Kelly S. Riggs, OSB #094862
        Email: kriggs@schwabe.com
        Telephone: 503-222-9981
        Facsimile: 503-796-2900

        Of Attorneys for Defendant

Page 3 -    DECLARATION OF KELLY S. RIGGS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

129564\283427\KSR\45359905.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March, 2024, I caused to be served the foregoing **DECLARATION OF KELLY S. RIGGS IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT FOR DAMAGES** on the following party at the following address:

Caroline Janzen
Janzen Legal Services, LLC
4550 SW Hall Boulevard
Beaverton, OR 97005
Facsimile: 503-479-7999
Email: caroline@ruggedlaw.com

    Of Attorneys for Plaintiffs

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service
☐ other (specify) _____

    s/ Kelly S. Riggs
    Kelly S. Riggs, OSB #094862

Page 1 -     CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Fax: 503.796.2900

129564\283427\KSR\45359905.1