Caroline Janzen, OSB #176233
caroline@ruggedlaw.com
Paul Janzen, OSB #176240
paul@ruggedlaw.com
Rugged Law, Inc.
5201 SW Westgate Dr. Bldg. B Ste 300
Portland Oregon 97221
Of Attorneys for Plaintiffs

IN THE FEDERAL DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SARAH PICKENS, an Individual,<br>JAMIE RICH, an Individual,<br>TIANNA SCHAEFFER, an Individual,<br>BRYTTNEE BAUER, an Individual,<br>MARIE HUTCHINSON, an Individual,<br>CAMERON JOHNSON, an Individual,<br>COREY KIYABU, an Individual,<br>ELI LAURITZEN, an Individual,<br>CYNTHIA LOESCH, an Individual,<br>JENNIFER MAYER, an Individual,<br>CAYLIN SISLER, an Individual,<br>NAN VANSANDT, an Individual,<br>CHRISTINA WILLIAMS, an Individual,<br>LENA ABBOTT, an Individual,<br>CONNIE CIRCLE, an Individual,<br>M'KYA DOUGLAS, an Individual,<br>ANDREA HARGIS, an Individual,<br>DANA HINMAN, an Individual,<br>DAYMON SMITH, an Individual,<br>CYNTHIA FULLERTON, an Individual,<br>PATIENCE KNOWLES, an Individual,<br>CRYSTAL SHEFFIELD, an Individual,<br>TAMI THOMPSON, an Individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>PEACEHEALTH, a corporation,<br><br>      Defendant. | Case No. 6:23-cv-01718-MTK<br><br>**PLAINTIFF CONNIE CIRCLE'S COUNSEL'S STATUS REPOPRT REGARDING COURT'S ORDER [DOC. NO. 86]** |

Page 1 – STATUS REPORT RE: DOC. 86

**Rugged Law, Inc**
5201 SW Westgate Dr. Bldg. B Suite 300
Portland, Oregon 97221
503-520-9900

COMES NOW, Undersigned counsel for Plaintiffs, and respectfully provides this Status Report in response to the Court's Order of December 17, 2025. [Doc. 86]. Counsel states as follows:

1. On the 23rd of December, 2025, Plaintiff Connie Circle stated that she would continue with our representation.

Dated this 30th day of December, 2025.

                                                       RUGGED LAW, INC.

                                                       /s/ Caroline Janzen

                                                       Caroline Janzen, OSB #176233
                                                       caroline@ruggedlaw.com
                                                       Paul Janzen, OSB #176240
                                                       paul@ruggedlaw.com
                                                       Attorneys for Plaintiffs

Page 2 – STATUS REPORT RE: DOC. 86

**Rugged Law, Inc**
5201 SW Westgate Dr. Bldg. B Suite 300
Portland, Oregon 97221
503-520-9900

## **CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing pleading**,** on all counsel of record on the date set forth below via the Court's CM/ECF filing system.

    Dated this 30th day of December, 2025.

RUGGED LAW, INC.

/s/ Caroline Janzen

Caroline Janzen, OSB 176233
caroline@ruggedlaw.com
Paul Janzen, OSB 176240
paul@ruggedlaw.com
Attorneys for Plaintiffs

Page 3 – STATUS REPORT RE: DOC. 86

Rugged Law, Inc
5201 SW Westgate Dr. Bldg. B Suite 300
Portland, Oregon 97221
503-520-9900